**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION**

| | |
|---|---|
| VINCENT ARNELL MORROW,<br><br>            Plaintiff,<br><br>    v.<br><br>ELIZABETH JOLIN, and DANA WALKER,<br><br>            Defendants. | NO. EDCV 18-02166-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

//

//

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 13, 2020.

                                            JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE