JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| VINCENT ARNELL MORROW, | ) NO. EDCV 18-02166-JFW (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| ELIZABETH JOLIN, and DANA WALKER, | ) |
| Defendants | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 13, 2020.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE